**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**RAYMOND THOMAS LATSON,**

      **Plaintiff,**

**v.**                                  **CASE NO. 1:03-cv-00148-SPM-AK**

**JANICE SPANN,**
**et al,**

      **Defendants.**

_____/

**O R D E R**

      This matter is before the Court on Plaintiff's Motion for the Court to Order Access to Legal Services. (Doc. 57). Plaintiff asks the Court to order the Florida Department of Corrections to allow him access to the law library so he can respond to interrogatories served upon him by the Defendants. Although the Court does not have a copy of the interrogatories served upon Plaintiff, he should not have to do legal research to answer them. Further, the Court cannot order the DOC to do anything since it is not a named defendant in this cause. Plaintiff should address his concerns about visiting the law library in a grievance. Thus, insofar as Plaintiff requests that the Court order DOC to let him go to the law library, the motion is **DENIED**. However, the Court will grant Plaintiff twenty (20) additional days to respond to the interrogatories since he indicates some difficulty in responding to this discovery.

      **DONE AND ORDERED** at Gainesville, Florida, this **10th** day of May, 2005.

                              **s/ A. KORNBLUM**_____
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**