IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYMOND LATSON,

    Plaintiff,

vs.                                        1:03-CV-148-SPM/AK

NURSE HAGAN, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND REMANDING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 60) dated July 13, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Defendant Michael Menefee, M.D., filed an objection (doc. 61) on July 28, 2005.

I have made a *de novo* determination of those portions to which an objection has been made. Menefee's objection goes not to the merits of the case, but is rather a clarification that Menefee was not required to submit a special report as per the magistrate's order of November 10, 2004 (doc. 35). Menefee is correct, and the objection is noted for the record.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have

determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 60) is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment (doc. 43) is hereby *denied*.

3. This case is remanded to the magistrate for further proceedings.

**DONE AND ORDERED** this <u>fourth</u> day of August, 2005.

              *s/ Stephan P. Mickle*
              Stephan P. Mickle
              United States District Judge

/pao