IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RAYMOND LATSON,**

    Plaintiff,

vs.                                             1:03-CV-148-SPM/AK

**NURSE HAGAN,** *et al.***,**

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING DEFENDANT SPANN

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 94) dated November 17, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 94) is adopted and incorporated by reference in this order.

2. Defendant Janice Spann is hereby *dismissed* as a defendant in this case.

3. The case shall proceed against the remaining defendants.

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao