IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYMOND LATSON,

    Plaintiff,

vs.                                                 1:03-CV-148-SPM/AK

NURSE HAGAN, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 116) dated July 24, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed, although Plaintiff did file what he terms an "opinion" as to the quality of care he received while incarcerated (doc. 117).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 116) is

        adopted and incorporated by reference in this order.

2.     The motion for summary judgment (doc. 82) is hereby *granted*.

3.     This case is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2).

4.     The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this <u>tenth</u> day of August, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge